**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:98cr13 LAC

ERNESTO MENDEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on     APRIL 29, 2008
Motion/Pleadings:  MOTION AND MEMO TO TERMINATE SUPERVISED RELEASE
Filed by  DEFENDANT             on 3/20/08          Doc.#    200

RESPONSES:

_____   on _____   Doc.# _____
_____   on _____   Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                             Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        ***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.